IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEANNE WILLIAMS**                                                                                                  **PLAINTIFF**

v.                      **CASE NO. 2:22-CV-00100-BSM**

**ESMAH INVESTMENT GROUP, LLC** *et al.*                           **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss, Doc. No. 11, is granted and this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED this 20th day of June, 2023.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE