IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEANNE WILLIAMS**                                                                               **PLAINTIFF**

v.                     **CASE NO. 2:22-CV-00100-BSM**

**ESMAH INVESTMENT GROUP, LLC** *et al.*                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE